| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Kortnie** | **Brook** | **Murdock-Cartwright** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Schuyler** | **Reid** | **Murdock-Cartwright** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| **Identify the creditor and the property that is collateral** | **What do you intend to do with the property that secures a debt?** | **Did you claim the property as exempt on Schedule C?** |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

| | | | |
|---|---|---|---|
| Debtor 1 | **Kortnie Brook Murdock-Cartwright** | | |
| Debtor 2 | **Schuyler Reid Murdock-Cartwright** | Case number (*if known*) | |

| name: | ☐ Retain the property and redeem it. | ☐ Yes |
|---|---|---|
| Description of property securing debt: | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | |
| | ☐ Retain the property and [explain]: | |

---

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **Nikki Lynn Cartwright** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Lease to Own** | |
| Lessor's name: | **Progressive Leasing** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Furniture lease to own** | |
| Lessor's name: | **US Cellular** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Cellular Contract** | |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| | | | |
|---|---|---|---|
| X | **/s/ Kortnie Brook Murdock-Cartwright** | X | **/s/ Schuyler Reid Murdock-Cartwright** |
| | **Kortnie Brook Murdock-Cartwright** | | **Schuyler Reid Murdock-Cartwright** |
| | Signature of Debtor 1 | | Signature of Debtor 2 |
| Date | **May 17, 2019** | Date | **May 17, 2019** |

# IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Tennessee

| | |
|---|---|
| IN RE: | * CASE NO.: |
| **Kortnie Brook Murdock-Cartwright,** | * |
| **AKA Kortnie Brook Day,** | * |
| and | * CHAPTER:  7 |
| **Schuyler Reid Murdock-Cartwright,** | * |
| | * |
| Debtors | * |

## CERTIFICATE OF SERVICE

I certify that on this day, I served the following parties with a copy of the "Debtors' Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to::

U.S. Trustee's Office
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street Ste 114
Knoxville, TN 37902

Kortnie & Schuyler Murdock-Cartwright
130 Canberra Drive
Apt. 130
Knoxville, TN 37923

Nikki Lynn Cartwright
5989 Bearden View Lane
Knoxville TN  37909

Progressive Leasing
256 W. Data Drive
Draper UT  84020

US Cellular
8410 W Bryn Mawr Ave
Chicago IL  60631

Dated: 5/17/2019

 /s/ Zachary S. Burroughs 025896
/s/ Joseph D. McReynolds 028229
Zachary S. Burroughs 025896,
Joseph D. McReynolds 028229
Attorneys for Debtors
Clark & Washington, PC
408 S. Northshore Drive
Knoxville, TN 37919
865-281-8084